UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ramiro Camacho, Jr., <br><br>                    Plaintiff <br><br>   v. <br><br> Warden Johnson, *et al.*, <br><br>                    Defendants | Case No. 2:22-cv-00765-JAD-BNW <br><br> **ORDER** |

**I.    DISCUSSION**

On May 16, 2022, Plaintiff Ramiro Camacho, Jr., an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a document titled "Emergency Injunction for Relief." (ECF No. 1-1). Plaintiff has not filed a complaint, nor has he paid the fee for filing a civil action or applied to proceed *in forma pauperis* if he cannot afford to pay the fee.

Federal Rule of Civil Procedure 3 provides that "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. The document that Plaintiff filed does not constitute a complaint. As such, the Court grants Plaintiff until **July 19, 2022**, to submit a complaint to this Court. The sooner Plaintiff files a complaint and complies with the orders below, the sooner the Court can address his motion for injunctive relief.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* to file the civil action without prepaying the full $402 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed <u>in Forma Pauperis</u> for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **<u>Financial Certificate</u>** properly signed by both the inmate and a prison or jail official (i.e., page 4 of this Court's approved form), and

(3) a copy of the **<u>inmate's prison or jail trust fund account statement for the previous six-month period</u>**.

The Court will grant Plaintiff a **<u>one-time</u>** opportunity to file a complaint and a fully complete application to proceed *in forma pauperis* containing all three of the required

documents, or in the alternative, pay the full $402 filing fee for this action on or before **July 19, 2022**. Absent unusual circumstances, the Court will not grant any further extensions of time. If Plaintiff is unable to file a complaint and a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **July 19, 2022**, this case will be subject to dismissal without prejudice for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint and able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee.

A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **July 19, 2022**, to proceed with this case.

## II.   CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Plaintiff will submit a complaint to this Court on or before **July 19, 2022**.

**IT IS FURTHER ORDERED** that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his "Emergency Injunction for Relief." (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **July 19, 2022**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on

page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e., page 4 of this Court's approved form), and

(3) a copy of the <u>**inmate's prison or jail trust fund account statement for the previous six-month period**</u>.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a complaint and a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **July 19, 2022**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

DATED: May 22, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE