UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO CAMACHO, JR.,<br><br>                        Plaintiff,<br><br>v.<br><br>WARDEN JOHNSON,<br><br>                        Defendants. | Case No. 2:22-cv-00765-JAD-BNW<br><br>**ORDER EXTENDING DEADLINE TO FILE COMPLAINT AND EITHER APPLY TO PROCEED IFP OR PAY THE FILING FEE** |

On May 22, 2022, this Court ordered Plaintiff Ramiro Camacho, Jr., to file a complaint and either apply to proceed *in forma pauperis* ("IFP") or pay the full $402 filing fee on or before July 19, 2022. (ECF No. 3). Plaintiff thereafter filed a document titled "Emergency Injunction for Relief Pursuant to Displaced Citizen Act (Obama Ex-Felon Executive Order)" (ECF No. 4) and a document titled "Emergency Injunction For Relief Help!" (ECF No. 5). The deadline has expired but neither document constitutes a complaint[1] or an IFP application, and Plaintiff has not paid the filing fee. The Court construes Plaintiff's motions as seeking more time to comply with its May 22, 2022 order. And it grants Plaintiff that narrow relief.

**IT IS THEREFORE ORDERED** that Plaintiff has until **September 4, 2022**, to:

- File a complaint that complies with the Court's local rules; and
- Either apply to proceed IFP or pay the full $402 filing fee.

Plaintiff is cautioned that his failure to timely comply with this order could result in this action being dismissed without prejudice.

DATED: August 5, 2022.

                                                            _____
                                                            Brenda Weksler
                                                            United States Magistrate Judge

---

[1] Nevada Local Special Rule 2-1 states that *pro se* civil-rights complaints "must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."